```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN007849
Cashier ID: jacksons
Transaction Date: 03/08/2010
Payer Name: DAVID SINGLETON
-----------------------------------
CIVIL FILING FEE
 For: DAVID SINGLETON
 Case/Party: D-OHS-1-10-CV-000157-001
 Amount:         $350.00
-----------------------------------
CHECK
 Remitter: OHIO JUSTICE AND POLICY CENTER
 Check/Money Order Num: 10636
 Amt Tendered:  $350.00
-----------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00


A fee of $45.00 will be assessed on
all returned checks.
```