# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN  DISRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE BULLARD, | **:** | Case No. 1:10CV157 |
| Plaintiff, | **:** | Judge Michael R. Barrett |
| vs. | **:** | Magistrate Judge Timothy S. Black |
| LINDA JANES, et al. | **:** | |
| | **:** | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | | |
| | **:** | |

Pursuant to Fed. R. Civ. 41(a)(1)(A)(i), Plaintiff hereby gives notice of voluntary dismissal.

Respectfully submitted,

/s/David A. Singleton_____
David A. Singleton, #007456
Trial Attorney for Plaintiff
Molly Lyons*
Bill Noelker*
Kelly Gilliam*
Ohio Justice & Policy Center
215 E. 9th Street, Suite 601
Cincinnati, Ohio 45202
513-421-1108
513-562-3200 (fax)
dsingleton@ohiojpc.org

* Practicing as a legal intern pursuant to Local Rule 83.6 of the Southern District of Ohio.

2

**<u>CERTIFICATE OF SERVICE</u>**

I  hereby certify that on this 9th day of April 2010, I filed this Notice of Voluntary

Dismissal electronically using the court's electronic filing system.  The parties will

receive notice of this filing through that system.

/s/David A. Singleton
David A. Singleton
